**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **3Merge LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Battery Giant of Naperville** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2281636** |

| | |
|---|---|
| 4. **Debtor's address** | **Principal place of business** |

**Principal place of business**

**587 Barberry Circle**
**Yorkville, IL 60560**
Number, Street, City, State & ZIP Code

**Kendall**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**3459 Illinois Rt 59 Naperville, IL 60564**
Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **3Merge LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as described in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **5999**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | 3Merge LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **the property consists of various Batteries that may deteriorate over time.**

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | 3Merge LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  7, 2018**
                      MM / DD / YYYY

***X*** **/s/ Thaddeus Pomerski**                    **Thaddeus Pomerski**
Signature of authorized representative of debtor        Printed name

Title   **co-Manager**

**18. Signature of attorney**

***X*** **/s/ John S. Biallas**                    Date  **March  7, 2018**
Signature of attorney for debtor                      MM / DD / YYYY

**John S. Biallas**
Printed name

**John S. Biallas, Attorney At Law**
Firm name

**3N918 Sunrise lane**
**St. Charles, IL 60174**
Number, Street, City, State & ZIP Code

Contact phone   **630-513-7878**     Email address   **jsb70@comcast.net**

**00203890**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **3Merge LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 7, 2018**    X **/s/ Thaddeus Pomerski**
_____
Signature of individual signing on behalf of debtor

**Thaddeus Pomerski**
_____
Printed name

**co-Manager**
_____
Position or relationship to debtor

Official Form 202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name        **3Merge LLC**

United States Bankruptcy Court for the:        NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................    $ _____ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................    $ _____ **55,209.07**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................    $ _____ **55,209.07**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____ **55,679.15**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $ _____ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____ **49,151.63**

4.    **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b        $ _____ **104,830.78**

**Fill in this information to identify the case:**

Debtor name     **3Merge LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:          **2,500.00**    -    **0.00**    = ....    **$2,500.00**
                                   face amount          doubtful or uncollectible accounts

12.      **Total of Part 3.**                                              **$2,500.00**
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

| Debtor | 3Merge LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** Misc. Inventory of retail sales store. Consisting of various batteries. Stored in storage unit. | | $47,215.07 | Liquidation | $47,215.07 |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | $47,215.07 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** see attached inventory of office equipment and furniture stored in storage faclIity | $0.00 | Replacement | $5,494.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **3Merge LLC**_____    Case number *(If known)* _____
        Name

**communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
        books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
        collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                        | $5,494.00 |
        Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

        ■ No.  Go to Part 9.
        ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

        ■ No.  Go to Part 10.
        ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

        ■ No.  Go to Part 11.
        ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
        Include all interests in executory contracts and unexpired leases not previously reported on this form.

        ■ No.  Go to Part 12.
        ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **3Merge LLC**
_____
Name

Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $47,215.07 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,494.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $55,209.07 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $55,209.07 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Battery Giant Closing Inventory 2018

| Product | Quantity | Retail | Total |
|---|---|---|---|
| *Automotive* | | | |
| 535MF | 2 | $95.95 | $191.90 |
| 734MF | 2 | $119.95 | $239.90 |
| 534MF | 1 | $104.95 | $104.95 |
| 693MF | 1 | $139.95 | $139.95 |
| 724MF | 5 | $119.95 | $599.75 |
| VL78DT | 1 | $99.95 | $99.95 |
| 58-540   658MF | 2 | $114.95 | $229.90 |
| 525RMF | 1 | $94.95 | $94.95 |
| 1131MF | 6 | $119.95 | $719.70 |
| 1131PMF | 2 | $119.95 | $239.90 |
| 86-690   586MF | 1 | $120.95 | $120.95 |
| VL78DT | 1 | $99.95 | $99.95 |
| 690MF | 1 | $109.95 | $109.95 |
| 75DT-525 | 2 | $99.95 | $199.90 |
| 693MF | 1 | $139.95 | $139.95 |
| 690MF | 1 | $109.95 | $109.95 |
| 748MF | 1 | $135.95 | $135.95 |
| 26-525   VL26 | 1 | $102.95 | $102.95 |
| 6121RMF | 1 | $105.95 | $105.95 |
| 678DT | 1 | $109.95 | $109.95 |
| 97R-600   697RMF | 2 | $109.95 | $219.90 |
| 665MF | 3 | $129.95 | $389.85 |
| 58R-580   658RMF | 1 | $114.95 | $114.95 |
| 85-630   685MF | 1 | $99.95 | $99.95 |
| 691MF | 1 | $134.95 | $134.95 |
| 694RMF | 1 | $159.95 | $159.95 |
| VL24   24-500 | 2 | $74.95 | $149.90 |
| 75-550   575MF | 1 | $94.95 | $94.95 |
| VL24F   24F-500 | 2 | $99.95 | $199.90 |
| Product | Quantity | Retail | Total |
| *AGM, Deep Cycle* | | | |
| 9A34M | 3 | $194.95 | $584.85 |
| SC34DU Optima yellow | 1 | $279.95 | $279.95 |
| 24M-AGM | 1 | $184.95 | $184.95 |
| 22NF-AGM | 2 | $139.95 | $279.90 |
| DP27 | 5 | $115.95 | $579.75 |
| DP31DT | 3 | $139.95 | $419.85 |
| DP24 | 4 | $96.95 | $387.80 |
| T-1275 Trojan | 2 | $264.95 | $529.90 |
| 22NF-420 | 1 | $74.95 | $74.95 |
| *Lawn & Garden* | | | |
| 10U1R | 3 | $39.95 | $119.85 |
| 8U1R | 1 | $34.95 | $34.95 |
| 8U1L | 3 | $34.95 | $104.85 |
| 11U1L | 2 | $44.95 | $89.90 |
| *Motorcycle ATV* | | | |
| ETX14 | 1 | $84.95 | $84.95 |
| ETX30L | 2 | $124.95 | $249.90 |
| ETX18L | 2 | $99.95 | $199.90 |
| ETX15L | 4 | $84.95 | $339.80 |
| ETX15 | 2 | $84.95 | $169.90 |
| ETX16 | 2 | $104.95 | $209.90 |
| ETX16L | 2 | $94.95 | $189.90 |
| ETX20L | 1 | $49.95 | $49.95 |

| Product | Quantity | Retail | Total |
|---|---|---|---|
| ETX12 | 1 | $79.95 | $79.95 |
| ETX9 | 1 | $76.95 | $76.95 |
| *MotoBatt* | | | |
| MBTX24U | 2 | $130.95 | $261.90 |
| MBTX14AU | 2 | $93.95 | $187.90 |
| MBTX16U | 1 | $104.95 | $104.95 |
| MBTX20U | 1 | $117.95 | $117.95 |
| MBTX9U | 1 | $82.95 | $82.95 |
| MB7U | 1 | $72.95 | $72.95 |
| MBTZ7S | 1 | $62.95 | $62.95 |
| MBT12B4 | 1 | $71.95 | $71.95 |
| MBTX12U | 1 | $88.95 | $88.95 |
| MBTX30U | 1 | $144.95 | $144.95 |
| MB9U | 1 | $73.95 | $73.95 |
| *Product* | *Quantity* | *Retail* | *Total* |
| *Powersport* | | | |
| CB14A-A2 | 1 | $49.95 | $49.95 |
| CB16B-A | 1 | $59.00 | $59.00 |
| PIX30L-BS | 1 | $128.95 | $128.95 |
| CB16CL-B | 2 | $49.95 | $99.90 |
| PTX20-BS | 1 | $84.95 | $84.95 |
| PTX14-BS | 2 | $70.94 | $141.88 |
| PTZ7S | 1 | $55.95 | $55.95 |
| PTZ5S | 2 | $49.95 | $99.90 |
| PTZ12S | 2 | $77.95 | $155.90 |
| PTX7A-BS | 1 | $46.95 | $46.95 |
| PT7B-4 | 2 | $49.95 | $99.90 |
| PTX20L-BS | 2 | $83.95 | $167.90 |
| PTX9-BS | 1 | $53.95 | $53.95 |
| PTX14AHL-BS | 2 | $75.95 | $151.90 |
| CB16B-A1 | 1 | $59.95 | $59.95 |
| PT12B-4 | 1 | $59.95 | $59.95 |
| PT9B-4 | 2 | $49.95 | $99.90 |
| CB12AL-AL | 1 | $49.95 | $49.95 |
| CB16L-B | 1 | $59.95 | $59.95 |
| PTX12A-BS | 1 | $63.95 | $63.95 |
| PIX50L-BS | 1 | $89.95 | $89.95 |
| PTX14AH-BS | 1 | $72.95 | $72.95 |
| CB30CL-B | 1 | $94.95 | $94.95 |
| CB7-A | 1 | $39.95 | $39.95 |
| PTX9L-BS | 2 | $53.95 | $107.90 |
| CB9L-B | 1 | $44.95 | $44.95 |
| PTX14L-BS | 1 | $66.95 | $66.95 |
| CB14A-A2 | 1 | $49.95 | $49.95 |
| CB12C-A | 1 | $49.95 | $49.95 |
| PTX16-BS-1 | 1 | $75.95 | $75.95 |
| PTX12-BS | 1 | $66.95 | $66.95 |
| PTX16-BS | 1 | $63.95 | $63.95 |
| CB7C-A | 1 | $39.95 | $39.95 |
| PTX14L-BS | 1 | $66.95 | $66.95 |
| CB9L-A2 | 1 | $44.95 | $44.95 |
| PTZ10S | 1 | $77.95 | $77.95 |
| *Shorai* | | | |
| Shorai charger S84YB  SHO-BMSOI | 2 | $84.95 | $169.90 |
| Shorai LFX14A4-BS12 | 2 | $159.95 | $319.90 |
| Shorai LFX21A6-BS12 | 1 | $229.95 | $229.95 |
| *Product* | *Quantity* | *Retail* | *Total* |
| iPod MP3 | 1 | $14.95 | $14.95 |

| Product | Quantity | Retail | Total |
|---|---|---|---|
| Baby monitor batt-BT02004 | 1 | $19.95 | $19.95 |
| Logitech URC-LOG1000 | 1 | $29.95 | $29.95 |
| Logitech URC-MX980 | 1 | $23.95 | $23.95 |
| DC-27 | 2 | $19.95 | $39.90 |
| Dogtra 175NCP DC-20 | 1 | $14.95 | $14.95 |
| DC-17 | 2 | $18.95 | $37.90 |
| DC-16 | 1 | $19.95 | $19.95 |
| DC-15 | 3 | $25.95 | $77.85 |
| DC-12 | 2 | $49.95 | $99.90 |
| DC-6 | 1 | $29.95 | $29.95 |
| DC-3 | 3 | $13.95 | $41.85 |
| N, E90 2pk | 6 | $4.95 | $29.70 |
| 76A | 1 | $3.95 | $3.95 |
| A544 | 3 | $5.95 | $17.85 |
| A21/23 2pk | 7 | $4.95 | $34.65 |
| 27 | 1 | $3.95 | $3.95 |
| Panasonic 123A | 14 | $6.95 | $97.30 |
| Panasonic CR2 | 7 | $6.95 | $48.65 |
| Duracell 123 2pk | 1 | $19.95 | $19.95 |
| CR-V3 | 5 | $9.95 | $49.75 |
| Ultralast 2CR5 | 3 | $9.95 | $29.85 |
| Panasonic 2CR5 | 3 | $9.95 | $29.85 |
| Duracell J, LR51 | 5 | $5.95 | $29.75 |
| Duracell 28A | 5 | $5.95 | $29.75 |
| Duracell 28L | 1 | $8.95 | $8.95 |
| Duracell 29A | 10 | $2.95 | $29.50 |
| Energizer 9V Li-ion | 6 | $9.95 | $59.70 |
| Energizer AAA Li-ion 2pk | 16 | $6.95 | $111.20 |
| Energizer AAA Li-ion 4pk | 7 | $11.95 | $83.65 |
| Energizer AA Li-ion 2pk | 4 | $8.95 | $35.80 |
| Duracell Ni-mh AAA 2pk | 4 | $9.95 | $39.80 |
| Duracell Ni-mh AAA 4pk | 3 | $15.95 | $47.85 |
| Duracell Ni-mh AA 2pk | 2 | $9.95 | $19.90 |
| Duracell Ni-mh AA 4pk | 2 | $16.95 | $33.90 |
| Product | Quantity | Retail | Total |
| Ultralast Solar Charger ULCC4H | 5 | $24.95 | $124.75 |
| Ultralast Solar Charger ULGSOLAR | 2 | $19.95 | $39.90 |
| Ultralast ULG4UNIV Charger | 2 | $29.95 | $59.90 |
| Ultralast ULG9VCG2 9V Charger | 3 | $14.95 | $44.85 |
| Ultralast ULGTTRAVEL Charger | 3 | $18.95 | $56.85 |
| Ultralast ULGFAST charger | 3 | $39.95 | $119.85 |
| Ultarlast D Ni-mh 2pk | 7 | $11.95 | $83.65 |
| Ultralast C Ni-mh 2pk | 8 | $9.95 | $79.60 |
| Ultralast AA Ni-mh 4pk | 2 | $21.95 | $43.90 |
| Ultralast AAA Ni-mh 4pk | 6 | $13.95 | $83.70 |
| Ultralast 9V Ni-mh | 5 | $9.95 | $49.75 |
| Efest LUC Mini charger | 1 | $16.95 | $16.95 |
| Nitecore New i4 Charger | 1 | $32.95 | $32.95 |
| Landline phone batteries | 90 | $9.95 | $895.50 |
| Camera & Video batteries | 66 | $26.95 | $1,778.70 |
| VBC-CRV3 charger | 1 | $14.95 | $14.95 |
| Universal Li-ion charger | 12 | $39.95 | $479.40 |
| Battery Tender 0210-128 | 2 | $59.95 | $119.90 |
| Battery Tender 0210-0123 | 1 | $39.95 | $39.95 |
| Battery Tender 0210-0196 | 1 | $34.95 | $34.95 |
| Battery Tender terminal quick connect | 3 | $6.95 | $20.85 |
| Battery Tender accessary | 5 | $6.95 | $34.75 |
| Terminal cable 12" 4ga | 35 | $6.95 | $243.25 |

| Product | Quantity | Retail | Total |
|---|---|---|---|
| Terminal Cable 9" 4ga | 22 | $5.95 | $130.90 |
| SB-5/2 Auto Meter Battery Tester | 1 | $508.35 | $508.35 |
| Midtronics MDX-P300 | 1 | $431.76 | $431.76 |
| Auto Meter RC-300 | 1 | $260.42 | $260.42 |
| Battery Rack 48 count | 3 | $609.81 | $1,829.43 |
| Battery Rack 9 count | 4 | $53.02 | $212.08 |
| PegPerego 24V Battery | 1 | $140.95 | $140.95 |
| PegPerego 24V Charger | 2 | $49.95 | $99.90 |
| PegPerego 6V Charger | 1 | $24.95 | $24.95 |
| Kidtrax 12V Battery | 5 | $27.95 | $139.75 |
| Cyberpower Converter | 2 | $55.95 | $111.90 |
| *Product* | *Quantity* | *Retail* | *Total* |
| Razor 12V 4.5Ah Battery set of 2 | 2 | $49.95 | $99.90 |
| Razor 12V 7Ah Battery set of 2 | 2 | $64.95 | $129.90 |
| Razor 12V 7Ah Battery | 1 | $40.95 | $40.95 |
| Razor Crazy Cart Shift 12V 2.8Ah Battery Set of 2 | 1 | $40.95 | $40.95 |
| Razor Chargers | 5 | $24.95 | $124.75 |
| PowerWheels 6V Red Battery | 7 | $39.95 | $279.65 |
| PowerWheels 12V Orange Top Battery | 1 | $69.95 | $69.95 |
| PowerWheels Charger | 2 | $24.95 | $49.90 |
| UPS | 5 | $69.95 | $349.75 |
| Noco G1100 | 1 | $42.95 | $42.95 |
| Noco G7200 | 1 | $89.95 | $89.95 |
| LED Bulbs | 21 | $5.95 | $124.95 |
| *SLA* | | | |
| YB613 6Vb 1.3Ah | 3 | $10.95 | $32.85 |
| YB645 6V 4.5Ah | 12 | $14.95 | $179.40 |
| YB670 6V 7Ah | 4 | $24.95 | $99.80 |
| YB6120 6V 12Ah | 2 | $26.95 | $53.90 |
| YB1213 12V 1.3Ah | 1 | $11.95 | $11.95 |
| YB1223 12V 2.3Ah | 4 | $22.95 | $91.80 |
| YB1229 12V2.9Ah | 6 | $20.95 | $125.70 |
| YB633 6V 3.3A | 1 | $14.95 | $14.95 |
| Panasonic VP-VW1220PI | 2 | $46.95 | $93.90 |
| YB1245 12V 4.5Ah | 12 | $24.95 | $299.40 |
| YB12100 12V 10Ah | 2 | $39.95 | $79.90 |
| YB12150 12V 15Ah | 4 | $49.95 | $199.80 |
| YB12350 12V 35Ah | 2 | $89.95 | $179.90 |
| YB12550 12V 55Ah | 2 | $139.95 | $279.90 |
| Power Tools Battery Packs | 45 | $23.95 | $1,077.75 |
| FixR 20 Tools in 1 | 12 | $14.95 | $179.40 |
| Nebo Flipit | 15 | $14.95 | $224.25 |
| Nebo Laserlite | 3 | $12.95 | $38.85 |
| Nebo Larry Flashlight | 10 | $9.95 | $99.50 |
| Nebo Larry Boss | 7 | $39.95 | $279.65 |
| Nebo Big Larry | 7 | $24.95 | $174.65 |
| Nebo Workbrite rechargeable | 9 | $29.95 | $269.55 |
| Nebo Big Cryket | 3 | $29.95 | $89.85 |
| Nebo Leo | 21 | $14.95 | $313.95 |
| Nebo Lil Larry | 4 | $19.95 | $79.80 |
| GoGreen Telescopic Flashlight | 3 | $16.95 | $50.85 |
| Fishing Tool Light | 2 | $24.95 | $49.90 |
| FLB-NCD-2 | 2 | $14.95 | $29.90 |
| FLB-NCD-3 | 2 | $22.95 | $45.90 |
| Stinger Battery | 1 | $14.95 | $14.95 |
| Battery Box | 5 | $14.95 | $74.75 |
| Streamlite Charger | 1 | $18.95 | $18.95 |
| Noco Charge Lite | 4 | $58.95 | $235.80 |

| Product | Quantity | Retail | Total |
|---|---|---|---|
| Storacell Battery Storage | 37 | $6.95 | $257.15 |
| Jive Speaker | 3 | $19.95 | $59.85 |
| VR Goggles | 3 | $15.95 | $47.85 |
| Worldwide Adoptor | 1 | $32.95 | $32.95 |
| Samsung Cordless Charging Chip | 2 | $19.95 | $39.90 |
| Tylt 2K Charger | 1 | $34.95 | $34.95 |
| Randomorder iPhone Charge Cable | 2 | $26.95 | $53.90 |
| Randomorder Android Charge Cable | 3 | $19.95 | $59.85 |
| Randomorder Home & Car Charger | 1 | $19.95 | $19.95 |
| Tylt iPhone car charger 6ft | 2 | $26.95 | $53.90 |
| Tylt Android car charger 6ft | 1 | $23.95 | $23.95 |
| Tylt Micro USB Cables | 5 | $12.95 | $64.75 |
| Tylt Aux cable | 1 | $12.95 | $12.95 |
| iWalk Micro USB cable | 11 | $7.95 | $87.45 |
| iWalk 3000mAh charger iPhone | 1 | $29.95 | $29.95 |
| iWalk 2400mAh charger iPhone | 6 | $22.95 | $137.70 |
| iWalk 2400mAh charger Android | 12 | $20.95 | $251.40 |
| Randomorder 9000mAh charge | 3 | $59.95 | $179.85 |
| Home charger | 4 | $21.95 | $87.80 |
| Travel charger dual | 2 | $21.95 | $43.90 |
| iWalk micro USB 6.5ft cable | 3 | $15.95 | $47.85 |
| Randomorder iPhone 6ft Cable | 2 | $19.95 | $39.90 |
| iWalk C Cable | 2 | $12.95 | $25.90 |
| Micro USB 3ft cable | 1 | $9.95 | $9.95 |
| iWalk 10400mAh Dual charger | 1 | $49.95 | $49.95 |
| iWalk tempered glass | 8 | $15.95 | $127.60 |
| Cellphone batteries | 135 | $24.95 | $3,368.25 |
| Cell Travel chargers | 10 | $12.95 | $129.50 |
| Cell car chargers | 14 | $12.95 | $181.30 |
| Retractable power cable | 3 | $5.95 | $17.85 |
| Car charger | 4 | $5.95 | $23.80 |
| iWalk car charger w/cable | 1 | $18.95 | $18.95 |
| Universal USB charger | 1 | $24.95 | $24.95 |
| Randomorder car charger | 4 | $19.95 | $79.80 |
| Randomorder duo car charger | 2 | $18.95 | $37.90 |
| Universal Li-ion charger | 4 | $19.95 | $79.80 |
| Battery Tester | 3 | $4.95 | $14.85 |
| Noco terminal ends | 12 | $3.95 | $47.40 |
| Femal stud post | 1 | $5.95 | $5.95 |
| Side post | 12 | $2.95 | $35.40 |
| Top post | 25 | $3.95 | $98.75 |
| Swan terminal disconnect | 6 | $9.95 | $59.70 |
| Battery cleaner | 7 | $5.95 | $41.65 |
| Battery post cleaner | 8 | $4.95 | $39.60 |
| Terminal protector | 4 | $9.95 | $39.80 |
| Noco settins keeper | 4 | $9.95 | $39.80 |
| Nco 6ft GC020 | 1 | $9.95 | $9.95 |
| Hydrometer | 1 | $2.95 | $2.95 |
| Product | Quantity | Retail | Total |
| Noco Gc011 | 1 | $10.95 | $10.95 |
| Terminal nuts & bolts | 23 | $2.95 | $67.85 |
| 5W solar panel | 4 | $55.95 | $223.80 |
| 2.5W solar panel | 5 | $27.95 | $139.75 |
| Jumper cables | 2 | $9.95 | $19.90 |
| Hearing aid batteries 8 count | 10 | $5.95 | $59.50 |
| Hearing aid batteries 6 count | 15 | $5.95 | $89.25 |
| Efest 18650 | 2 | $9.95 | $19.90 |

| | | | |
|---|---|---|---|
| Efest 14500 | 2 | $9.95 | $19.90 |
| Efest 18350 | 2 | $9.95 | $19.90 |
| Efest 18650 | 3 | $15.95 | $47.85 |
| RCR123A 2pk | 2 | $17.95 | $35.90 |
| Energy battery packs | 7 | $35.95 | $251.65 |
| Sierra wireless batt | 2 | $12.95 | $25.90 |
| Texas Instruments 37L1200SP | 3 | $29.95 | $89.85 |
| Panasonic BR-2-3ASSP | 1 | $11.95 | $11.95 |
| CR14250E | 2 | $9.95 | $19.90 |
| CR1/2AA | 4 | $9.95 | $39.80 |
| Comp-4-2 | 3 | $9.95 | $29.85 |
| PX400 | 3 | $5.95 | $17.85 |
| Dantona custom 276 | 2 | $17.95 | $35.90 |
| 1/2 C 700mAh Ni-cd | 6 | $10.95 | $65.70 |
| C 4500mAh Ni-cd | 10 | $7.95 | $79.50 |
| 54AF 4000mAh | 5 | $10.95 | $54.75 |
| BR-C | 2 | $19.95 | $39.90 |
| RR-A | 4 | $21.95 | $87.80 |
| SAFT 26500 | 2 | $21.95 | $43.90 |
| SAFT 17500 | 3 | $11.95 | $35.85 |
| SAFT 14500 | 1 | $9.95 | $9.95 |
| SAFT LS14250 | 5 | $9.95 | $49.75 |
| SAFT 14250 | 1 | $9.95 | $9.95 |
| Li-ph solar 18500 2pk | 1 | $14.95 | $14.95 |
| Ni-cd solar AA 4pk | 4 | $8.95 | $35.80 |
| Li-ph solar 14430 | 6 | $7.95 | $47.70 |
| GPS, Nitendo, Sony, PS3, Xbox | 31 | $23.95 | $742.45 |
| HF-B1UX | 1 | $6.95 | $6.95 |
| Spinners | 10 | $4.95 | $49.50 |
| Redline Flashlight | 5 | $39.95 | $199.75 |
| PowerTac E9 | 1 | $114.95 | $114.95 |
| PowerTac E3 | 8 | $25.95 | $207.60 |
| Nebo Zoom | 5 | $9.95 | $49.75 |
| Energizer 6V Lantern Battery | 3 | $5.95 | $17.85 |
| Razor Parts over 70 parts | | $500.00 | $500.00 |
| Razor Control Modules | 33 | $24.95 | $823.35 |
| Razor Motors | 11 | $36.95 | $406.45 |
| Razor Tubes | 14 | $9.95 | $139.30 |
| Razor Chains | 19 | $8.95 | $170.05 |
| Razor MX500/600 Wheel | 1 | $14.95 | $14.95 |
| Razor Front Wheel Complete | 1 | $43.95 | $43.95 |
| Razor HoverTrax Li0ion Battery | 1 | $110.95 | $110.95 |
| Razor Front Wheel Complete Crazy Cart | 2 | $26.95 | $53.90 |
| Dynacraft Surge Motor | 1 | $16.95 | $16.95 |
| Dynacraft Gear box/motor | 1 | $13.95 | $13.95 |
| PegPerego, Kidtrax, PowerWheels mixed parts | | $600.00 | $600.00 |
| Watch and coin batteries 450 plus | 450 | $3.95 | $1,777.50 |
| Gondola End | 6 | $91.00 | $546.00 |
| Gondola Middle | 3 | $112.00 | $336.00 |
| Gondola Middle Shelves | 36 | $7.00 | $252.00 |
| Total Inventory | | | $47,215.07 |
| | | | |
| Category Breakdown | | | |
| | Auto Batts | | $5,460.60 |
| | Deep Cycle and AGM | | $3,321.90 |
| | Lawn/Garden | | $349.55 |
| | ETX | | $1,651.10 |
| | SLA | | $1,743.15 |

| | MotoBatt/Powersport | $4,835.88 |

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| Auto Batts | | | $5,460.60 |
| Deep Cycle and AGM | | | $3,321.90 |
| Lawn | | | $349.55 |
| ETX | | | $1,651.10 |
| SLA | | | $1,743.15 |
| MotoBatt/Powersport | | | $4,116.13 |
| | | | |
| Total Inventory | | $47,215.07 | |

| e Equipment & Fixtures | | | |
|---|---|---|---|
| Gondola End | 6 | $91.00 | $546.00 |
| Gondola Middle | 3 | $112.00 | $336.00 |
| Gondola Middle S | 36 | $7.00 | $252.00 |
| UPS Cyber Power | 2 | $150.00 | $300.00 |
| elo POS Touch Sc | 2 | $500.00 | $1,000.00 |
| Planar PLI2410W | 1 | $140.00 | $140.00 |
| Electronic Registe | 2 | $200.00 | $400.00 |
| Honeywell Barcod | 2 | $70.00 | $140.00 |
| Battery rack 48c | 2 | $600.00 | $1,200.00 |
| Battery rack 12c | 4 | $60.00 | $240.00 |
| Brother LC203 P | 1 | $80.00 | $80.00 |
| HP Pavillion Desk | 1 | $560.00 | $560.00 |
| LP 2824 Plus Lab | 1 | $300.00 | $300.00 |
| | | | |

| OfficeEquipment/Fixtures |
|---|

$5,424

**Fill in this information to identify the case:**

Debtor name        **3Merge LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **Associated Bank**<br>Creditor's Name<br><br>**200 N. Adams Street**<br>**Green Bay, WI 54307-9005**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**9/19/2014**<br>**Last 4 digits of account number**<br>**9542**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Misc. Inventory of retail sales store.**<br>**Consisting of various batteries.**<br>**Stored in storage unit.**<br><br>**Describe the lien**<br>**UCC-1 Financing Statement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $55,679.15 | $47,215.07 |
| **2.2**  **Associated Bank**<br>Creditor's Name<br><br>**200 N. Adams Street**<br>**Green Bay, WI 54307-9005**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**see attached inventory of office equipment and furniture**<br>**stored in storage facllity**<br><br>**Describe the lien**<br>**UCC-1 Financing Statement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | Unknown | $5,494.00 |

Debtor   **3Merge LLC**                                          Case number (if know) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$55,679.15** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name      **3Merge LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |
| **3.1** | **Nonpriority creditor's name and mailing address** | $15,600.00 |
| | **Associated Bank**<br>**200 N. Adams Street**<br>**Green Bay, WI 54307-9005** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: **Credit card purchases**<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
| --- | --- | --- |
| **3.2** | **Nonpriority creditor's name and mailing address** | $1,900.00 |
| | **Associated Bank**<br>**200 N. Adams Street**<br>**Green Bay, WI 54307-9005** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: **Overdraft account**<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
| --- | --- | --- |
| **3.3** | **Nonpriority creditor's name and mailing address** | $18,900.00 |
| | **Chase bank**<br>**PO BOX 1423**<br>**Charlotte, NC 28201-1423** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: **Credit card purchases**<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
| --- | --- | --- |
| **3.4** | **Nonpriority creditor's name and mailing address** | $120.00 |
| | **City Of Naperville**<br>**PO BOX 4231**<br>**Carol Stream, IL 60197-4231** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: **Utilities**<br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **3Merge LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $600.69 |
|---|---|---|---|

**Comcast Cable**
**PO Box 3001**
**Southeastern, PA 19398-3001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Internet**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ComEd**
**System Credit/Bakruptsy Dept**
**2100 Swift Drive**
**Oak Brook, IL 60523**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $224.36 |
|---|---|---|---|

**Dantona Industries**
**3051 Burns Ave,**
**Wantagh, NY 11793**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,948.51 |
|---|---|---|---|

**East Penn Manufacturing**
**PO BOX 784191**
**Philadelphia, PA 19178-4191**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $147.25 |
|---|---|---|---|

**Empire Scientific**
**PO BOX 817**
**Deer Park, NY 11729**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $816.05 |
|---|---|---|---|

**Gardner, Inc.**
**PO BOX 64299**
**Pittsburgh, PA 15264-2499**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $119.62 |
|---|---|---|---|

**Micropower Battery Co.**
**7350 NW 35th Terrace**
**Miami, FL 33122**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **3Merge LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,379.00** |
|---|---|---|---|

**Mid America Asset Management**
**One Parkview Plaza**
**9th Floor**
**Villa Park, IL 60181**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Any Potential Claims__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65.00** |
|---|---|---|---|

**Nicor**
**1844 Ferry Rd**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.15** |
|---|---|---|---|

**PegPerego**
**3625 Independence Dr.**
**Fort Wayne, IN 46808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,700.00** |
|---|---|---|---|

**RTUI**
**1445 Langham Creek Drive**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __0331__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Small Business Administration**
**500 West Madison Street**
**Chicago, IL 60661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Guaranty of Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$612.00** |
|---|---|---|---|

**Worldwide Battery**
**9955 Westpoint Drive.**
**STE 120**
**Indianapolis, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor      **3Merge LLC**
_____
Name

Case number (if known)   _____

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                                     0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $                        49,151.63 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $                        49,151.63 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **3Merge LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name      **3Merge LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Bryan Kainrath** | **145 Cobbler Court Sugar Grove, IL 60554** | **Mid America Asset Management** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.2 **Bryan Kainrath** | **145 Cobbler Court Sugar Grove, IL 60554** | **Associated Bank** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.3 **Thaddeus Pomerski** | **587 W. Barberry Circle Yorkville, IL 60560** | **Mid America Asset Management** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.4 **Thaddeus Pomerski** | **587 W. Barberry Circle Yorkville, IL 60560** | **Associated Bank** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.5 **Todd Kainrath** | **158 Tomahawk Ct. Bolingbrook, IL 60440** | **Mid America Asset Management** | ☐ D ____ ☐ E/F ____ ☐ G ____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **3Merge LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Todd Kainrath**    **158 Tomahawk Ct.** <br> **Bolingbrook, IL 60440** | **Associated Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **3Merge LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | **$3,976.55** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$158,841.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$176,178.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **3Merge LLC** | Case number *(if known)* | |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **???????????** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Todd Kainrath**<br>**158 Tomahawk**<br>**Bolingbrook, IL 60440**<br>**Member** | **2017** | **$23,000.00** | **Draws for services rendered** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

| Debtor | **3Merge LLC** | Case number *(if known)* | |
|---|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---
**Part 5:**    **Certain Losses**
---

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---
**Part 6:**    **Certain Payments or Transfers**
---

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **John S. Biallas, Attorney At Law**<br>**3N918 Sunrise lane**<br>**St. Charles, IL 60174** | **Attorney Fees** | | **$5,000.00** |
| | **Email or website address**<br>**jsb70@comcast.net** | | | |
| | **Who made the payment, if not debtor?**<br>**Bryan Kainrath and T. J. Pomerski** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---
**Part 7:**    **Previous Locations**
---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **3Merge LLC** | Case number *(if known)* | |
|---|---|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

   | Address | Dates of occupancy From-To |
   |---|---|

---

**Part 8:**  Health Care Bankruptcies

---

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

   | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
   |---|---|---|

---

**Part 9:**  Personally Identifiable Information

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

---

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

   | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
   |---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

   | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
   |---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **3Merge LLC** | Case number *(if known)* | |
|---|---|---|---|

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **ExtraSpace Storage 3459 Illinois Rt 59 Naperville, IL 60564** | **Thaddeus Pomerski, 587 W. Barberry Circle, Yorkville, Il 60560 Bryan Kainrath, 145 cobbler Ct., Sugar grove, Il 60554 Todd Kainrath, 158 Tomahawk Ct.,Bollingbrook, Il 60440** | **All Inventory of debtor listed on Schedule A/B** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **3Merge LLC** | Case number *(if known)* |
|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Battery Giant of Naperville<br>2860 Showplace Drive<br>Unit 110<br>Naperville, IL 60564** | **Retail salis of a range of battery products, including automotive, household, power tool, power sport, cell phone, camera and SLA batteries.** | EIN:<br><br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Associated Bank<br>200 N. Adams Street<br>Green Bay, WI 54307-9005** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thaddes Pomerski** | **587 West Barbury Circle<br>Yorkville, IL 60560** | **Co-mamager and Member** | **45** |

Debtor     **3Merge LLC**                                            Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Bryan Kainrath | 145 Cobbler Ct.<br>Sugar Grove, IL 60554 | Co-Manager and Member | 45 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Todd Kainrath | 158 Tomahawk Ct.<br>Bolingbrook, IL 60440 | Member | 10 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **3Merge LLC**

Case number *(if known)*

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 7, 2018**

**/s/ Thaddeus Pomerski**

**Thaddeus Pomerski**

Signature of individual signing on behalf of the debtor

Printed name

Position or relationship to debtor    **co-Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **3Merge LLC**                                                              Case No. _____
_____   Chapter    **7**
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.   $ **335.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☐ Debtor      ■ Other (specify):      **Members of the Debtor**

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
          reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
          522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| **March  7, 2018** | **/s/ John S. Biallas** |
| _Date_ | **John S. Biallas 00203890** |
| | _Signature of Attorney_ |
| | **John S. Biallas, Attorney At Law** |
| | **3N918 Sunrise lane** |
| | **St. Charles, IL 60174** |
| | **630-513-7878  Fax: 630-578-0426** |
| | **jsb70@comcast.net** |
| | _Name of law firm_ |

---

## FOR PROFESSIONAL SERVICES RENDERED IN
## A CHAPTER 7 BANKRUPTCY
### (Business)

The undersigned hereby agree(s) to retain John S. Biallas, Attorney at Law of St. Charles, Illinois as Bankruptcy Counsel for: _____ 3merge, LLC. an ILL. LLC. _____ (hereinafter the "client") and to pay the following retainer / fee credit and costs for the filing of a Chapter 7 Bankruptcy Proceeding, with such sums due before representation in the case shall be commenced, or according to such terms and conditions agreed to by the parties in advance:

**Total Fee (not including costs): $ 5,000.00**
**Filing cost Deposit $ 306.00**
**Amount Due prior to filing: $ 5,306.00**

John S. Biallas agrees to represent the client in the Bankruptcy proceeding and to appear at all necessary hearings and proceedings required to accomplish this end. The owners or officers of the Client acknowledge(s) that necessary continuances of some of these proceedings may be needed to facilitate scheduling of these matters so as to resolve conflicts in scheduling.

All fees shall be subject to the ultimate approval of the Bankruptcy Court under the provisions of the United States Bankruptcy Code.

The fees and costs set out above are due in advance prior to any work being performed. Once work on the schedules to be filed in the case is completed and a draft set of schedules is produced, whether or not the case is filed, 100% of the fee shall be deemed earned by John S. Biallas. If a refund is requested prior to that event John S. Biallas shall be entitled to retain an amount equal to his actual time expended on the case, including meetings, travel time, phone calls and computer drafting at the rate of $450.00 per hour.

If an Adversary Proceeding or other supplemental case is filed in this Bankruptcy proceeding either by or against the Client, the Client agrees to pay an additional trial retainer of $2,500.00, payable prior to the filing of the initial pleading or the appearance required in that proceeding. All Legal services in these supplemental proceedings shall be billed at the rate of $350.00 per hour including travel time. Invoices for these charges shall be billed to the client for prompt payment on a monthly basis. If these monthly billings are not paid, it is understood that John S. Biallas will be free to withdraw from any proceeding, with the permission of the Court.

Dated: 1/30/2018 ~~2017~~ 2018

Agreed by Client: 3merge, LLC

By X _____

Its: Manager

Accepted:

X _____
JOHN S. BIALLAS
3 N 918 Sunrise Lane
St. Charles, Ill 60174
630-513-7878
jsb70@comcast.net

# United States Bankruptcy Court
## Northern District of Illinois

In re    **3Merge LLC**                                                                     Case No. _____
Debtor(s)                                    Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **19**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **March  7, 2018** _____         **/s/ Thaddeus Pomerski** _____
**Thaddeus Pomerski/co-Manager**
Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re   __3Merge LLC__                                                   Case No.   _____
                                        Debtor(s)                        Chapter    __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __3Merge LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March  7, 2018__                          /s/ John S. Biallas
Date                                        **John S. Biallas 00203890**
                                            Signature of Attorney or Litigant
                                            Counsel for   **3Merge LLC**
                                            **John S. Biallas, Attorney At Law**
                                            **3N918 Sunrise lane**
                                            **St. Charles, IL 60174**
                                            **630-513-7878 Fax:630-578-0426**
                                            **jsb70@comcast.net**